UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER MORGAN,

    Plaintiff,                             Civil Action No. 12-12071

      v.                               District Judge Paul D. Borman
                                          Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

Defendant's Motion Unopposed Motion to Stay Adjudication of Plaintiff's Petition for Attorney Fees [Doc. #38] is GRANTED.

Post-judgment proceedings on Plaintiff's petition for attorney fees under 42 U.S.C. sc 406(b) [Doc. #34] are STAYED for 60 days from the date of this Order, pending the Commissioner's adjudication of Plaintiff's petition for fees under 42 U.S.C. § 406(a).

IT IS SO ORDERED.

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Date: April 28, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 28, 2016, electronically and/or by U.S. mail.

                                              s/Carolyn M. Ciesla
                                              Case Manager to the
                                              Honorable R. Steven Whalen